FILED
CLERK, U.S. DISTRICT COURT
06/12/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>DAVID SCOTESE<br>USMS# _____<br>DEFENDANT | CASE NUMBER:<br>23-CR-231   5:23-mj-00287<br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 1315  6/9/2023   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18-1960(a); 1956(a)(3)(B)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1969

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Yes

10. Remarks (if any): _____

11. Name: Ryan Madden   (please print)

12. Office Phone Number: (646)588-8794

13. Agency: HSI

14. Signature: [signed] Ryan

15. Date: 6/9/23

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION